# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher Lindell Foye Jr.                           Docket No. 4:17-CR-68-1H

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Lindell Foye Jr., who, upon an earlier plea of guilty to Possession With the Intent to Distribute More Than 5 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Glen E. Conrad, U.S. District Judge for the Western District of Virginia, on July 22, 2008, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months. On January 13, 2010, the term of imprisonment was reduced to 113 months pursuant to Rule 35(b).

Christopher Lindell Foye Jr. was released from custody on November 16, 2017, at which time the term of supervised release commenced.

Jurisdiction was transferred to the Eastern District of North Carolina on December 27, 2017.

A Petition for Action on Supervised Release was submitted to the court after the defendant tested positive for cocaine and marijuana. On January 8, 2018, the Court approved the petition requiring the defendant to serve 2 days custody as arranged by the probation officer, and imposition of the DROPS program at the second use level.

A Petition for Action on Supervised Release was submitted to the court after the defendant tested positive for cocaine. On February 5, 2018, the Court approved the petition requiring the defendant to adhere to a curfew as directed by the probation officer for a period not exceed 60 consecutive days to be monitored by Location Monitoring: radio frequency technologies.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 5, 2018, the defendant submitted to a urinalysis which was confirmed positive for marijuana by Alere Laboratories on March 12, 2018. The defendant was confronted with the positive urinalysis results on March 14, 2018, at which time he acknowledged using the substance and signed an admission form. The defendant has been verbally reprimanded for his conduct, and has begun a course of treatment to help with his addictions.

As a sanction for the violation conduct, and in addition to the 5-day DROPS sanction pending, it is respectfully recommended that the defendant be placed on a curfew to be determined by the probation office, and to be monitored with Location Monitoring: Radio Frequency equipment for a period of an additional 30 consecutive days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Christopher Lindell Foye Jr.
Docket No. 4:17-CR-68-1H
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: March 19, 2018 |

**ORDER OF THE COURT**

Considered and ordered this 21st day of March 2018, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge